# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ITS FINANCIAL, LLC, | : | |
| Plaintiff, | : | Case No. 3:10CV0041 |
| vs. | : | District Judge Timothy S. Black |
| | | Magistrate Judge Sharon L. Ovington |
| ADVENT FINANCIAL SERVICES, LLC, *et al.*, | : | |
| | : | |
| Defendants. | | |

## DECISION and ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #29), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on September 23, 2010 (Doc. #29) is **ADOPTED** in full; and

2. Defendants Advent Financial Services, LLC's and NovaStar Financial, Inc.'s joint motion to transfer (Doc. #15) is **DENIED**.

*Timothy S. Back* (signature)
Timothy S. Black
United States District Judge